UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

In Re:

**CATHERINE L. LUKE,**

Debtor.

-------------------------------------------------------

**UNCLAIMED FUNDS PURSUANT TO RULE 3010(a) AND 11 U.S.C. § 347(a)**
Chapter 7
Case No. 09-10804

**TRUSTEE REPORT OF UNCLAIMED FUNDS PURSUANT TO RULE 3010(a)**

TO:  HON. ROBERT E. LITTLEFIELD, JR., Chief United States Bankruptcy Judge

GREGORY G. HARRIS, CHAPTER 7 TRUSTEE of the estate of the above-named Debtor, as a supplemental report and accounting, respectfully reports:

The proposed payment to creditors under $5.00 on claims is being paid to the U.S. Bankruptcy Court as unclaimed funds, as listed below:

1. GE Money Bank
   d/b/a American Eagle
   Care of Recovery Management Systems Corp.
   25 SE 2nd Ave. - Suite 1120
   Miami, FL  33131
   (Claim # 7)                                        Proposed payment: $3.36

2. GE Money Bank
   d/b/a Old Navy
   Care of Recovery Management Systems Corp.
   25 SE 2nd Ave. - Suite 1120
   Miami, FL  33131
   (Claim # 10)                                       Proposed payment: $4.47

The Trustee submits check numbered 1013 in the total amount of $7.83 payable to the Clerk of the United States Bankruptcy Court representing the unclaimed funds.

Dated: December 6, 2010

/s/ Gregory G. Harris
GREGORY G. HARRIS, CHAPTER 7 TRUSTEE
The Patroon Building
Five Clinton Square
Albany, New York  12207
(518) 436-1661

**GREGORY G. HARRIS, ESQ.**
**CHAPTER 7 BANKRUPTCY TRUSTEE**
THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY, NEW YORK 12207

GREGORY G. HARRIS

MICHAEL C. CONWAY
RYAN T. DONOVAN

(518) 436-1661
(518) 432-1996 FAX
E-MAIL: GGHARRIS@CAPITALREGIONLAW.COM
SERVICE BY FAX NOT ACCEPTED

December 6, 2010

Clerk's Office
U. S. Bankruptcy Court
James T. Foley U.S. Courthouse - Third Floor
445 Broadway
Albany, New York  12207

Re:   **Small Claim Funds**
      **Catherine L. Luke, Chapter 7, Case No. 09-10804**

Dear Clerk:

Please find enclosed Trustee check number 1013 in the amount of $7.83 in the above-referenced matter, representing small dividend paid to the Court pursuant to Rule 3010(a). I also enclose § 347 Unclaimed Funds form pursuant to Rule.

Please advise if you need anything further.

Very truly yours,

GREGORY G. HARRIS
CHAPTER 7 TRUSTEE

By: Gregory G. Harris

GGH/ssh
Enclosures

2010 DEC 10 PM 12: 26
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY ALBANY
REC'D & FILED